IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:18-cv-604-FL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DOSSOU'S PERSONAL PROPERTY,<br>SPECIFICALLY DESCRIBED AS:<br>A 2013 TESLA S,<br>VIN: 5YJSA1DPXDFP25843; AND A<br>2011 MERCEDES BENZ E350<br>CONVERTIBLE,<br>VIN: WDDKK5GF6BF059635; AND ANY<br>AND ALL ATTACHMENTS THEREON;<br>AND ANY AND ALL PROCEEDS FROM<br>THE SALE OF SAID PROPERTY,<br>Defendants. | **ORDER** |

This matter is before the clerk on the motion for entry of default [DE-14] filed by plaintiff. Under Local Civil Rule 55.1(a), a motion for entry of default must be served on the allegedly defaulting party. In this case, plaintiff has not shown that it has served the known potential claimants with the motion for entry of default.

Accordingly, the motion for entry of default [DE-14] is DENIED without prejudice to renew.

SO ORDERED. This the 28th day of May, 2019.

Peter A. Moore, Jr.
Clerk of Court