IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CV-604-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFAULT** |
| | ) | |
| DOSSOU'S PERSONAL PROPERTY, SPECIFICALLY DESCRIBED AS: A 2013 TESLA S, VIN: 5YJSA1DPXDFP25843; AND A 2011 MERCEDES BENZ E350 CONVERTIBLE, VIN: WDDKK5GF6BF059635; AND ANY AND ALL ATTACHMENTS THEREON; AND ANY AND ALL PROCEEDS FROM THE SALE OF SAID PROPERTY, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Upon motion, request, and proper showing by the United States of America, and no verified claim or answer having been received in this forfeiture action *in rem* as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, default is hereby entered against the defendants pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

This the 6 day of January 2019.

_____
PETER A. MOORE, JR., Clerk
U. S. District Court
Eastern District of North Carolina